JOSEPH NEUSTADT, Respondent, *v.* JAMAICA ESTATES et al., Defendants, and EDWARD E. DEAN et al., Appellants.

*Neustadt* v. *Jamaica Estates*, 168 App. Div. 957, appeal dismissed.
(Argued October 1, 1915; decided November 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 10, 1915, which affirmed an order of Special Term denying a motion to set aside a partition sale of real property and a judgment confirming the referee's report of sale and directing conveyance to the purchaser. The motion to set aside the sale was based, principally, on the undisputed fact that notice of the sale was not published in any newspaper published in the county of Queens in which the entire premises thus sold were situated, such notice of sale having been published only in the Brooklyn *Daily Eagle,* a newspaper published in the county of Kings, in which county no part of the real property was situated.

*Charles A. Collin* and *Edward E. Dean* for appellants.

*F. Sidney Williams* for respondent.

*Michael J. Murray* for purchaser.

Appeal dismissed, with costs, on the ground that it is not from a judgment of the Appellate Division; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.